■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JHON ESTREME, Appellant. [854 NYS2d 682]—Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered April 1, 2005, convicting defendant upon his plea of guilty of the crimes of criminal possession of a controlled substance in the fifth degree and criminal use of drug paraphernalia in the second degree.

In satisfaction of a six-count indictment, defendant pleaded guilty to criminal possession of a controlled substance in the fifth degree and criminal use of drug paraphernalia in the second degree. County Court sentenced defendant as a second felony offender to $3^1/_2$ years in prison and two years of postrelease supervision for the felony conviction and a conditional discharge for the misdemeanor conviction. Defendant now appeals.

We reject defendant's assertion that the sentence imposed is

harsh and excessive. Based upon our review of the record, we cannot conclude that County Court abused its discretion, nor do we discern any extraordinary circumstances justifying a reduction of the lawful, agreed-upon sentence in the interest of justice (*see People v Martinez*, 40 AD3d 1309, 1310 [2007]). Accordingly, the judgment is affirmed.

Peters, J.P., Spain, Carpinello, Malone Jr. and Stein, JJ., concur. Ordered that the judgment is affirmed.